UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an Individual,<br><br>                    Plaintiff,<br>vs.<br><br>GLP CAPITAL, L.P.,<br>a Pennsylvania Limited Partnership,<br><br>                    Defendant. | )<br>)<br>)<br>) CASE NO.: 4:17-CV-2129-CAS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

Dated: January 4, 2018

Respectfully Submitted,                                    Respectfully Submitted,

By:  /s/ *Jeff S. Keech*                                   By:  /s/ *David J. Deterding*
    Jeff S. Keech, #56100MO                          David J. Deterding, #61300
    Law Offices of Jeff Keech                        HelperBroom, LLC
    Chesterfield, MO 63017                           One Metropolitan Square
    Tel.: (314) 576-9989                              211 North Broadway, Suite 2700
    Fax: (305) 891-4512                               St. Louis, Missouri 63102
    jeffkeech@yahoo.com                               Tel: (314) 241-6160
                                                      Fax: (314) 241-6116
                                                      dd3@heplerbroom.com

    Brian T. Ku, Esq.                                *Attorneys for Defendant*
    Bar ID No.: 610461FL
    Ku & Mussman, P.A.
    18501 Pines Blvd, Suite 209-A
    Pembroke Pines, FL 33029
    Tel: (305) 891-1322

Fax: (305) 891-4512
brian@kumussman.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 2018, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

David J. Deterding, Esq.
HEPLER BROOM, LLC
One Metropolitan Square
211 North Broadway, Suite 2700
St. Louis, Missouri 63102
dd3@heplerbroom.com

*/s/ Jeff S. Keech*
Jeff S. Keech, Esq.