UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY, | ) |
| Plaintiff, | ) |
| | ) No. 4:17-CV-2129 CAS |
| v. | ) |
| GLP CAPITAL, L.P., | ) |
| Defendant. | ) |

### ORDER

In accordance with the parties' stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  5th  day of January, 2018.